IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JULIAN TEPPER,

    Plaintiff,

vs.                                    16-cv-00223-KK-WPL

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Motion of the Defendant GEICO General Insurance Company, for a Dismissal with Prejudice, of all claims that were set forth or which could have been set forth against Defendant GEICO General Insurance Company and the Court having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims against GEICO General Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

THE HONORABLE KIRTAN KHALSA
MAGISTRATE COURT JUDGE

APPROVED AS TO FORM:

/s/ Stephen M. Simone
Attorney for GEICO in the Contractual Claim

/s/ Donna L. Chapman

Donna L. Chapman
Chapman and Charlebois PC
Attorney for GEICO in the Extra-contractual
Claim

/s/ Jerry A. Walz
Jerry A. Walz
Walz & Associates
Attorney for Plaintiff